# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**BRETT BURGETT,**

        **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**CASE NO. C2-08-95**
**JAMES FISHER,**     **JUDGE EDMUND A. SARGUS, JR.**
    **MAGISTRATE JUDGE TERENCE P. KEMP**

        **Defendant.**

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Order filed May 1, 2009, JUDGMENT is hereby entered for Plaintiff in the amount of Five Thousand Dollars ($5,000.00) plus costs, including reasonable attorney fees through April 23, 2009.**

Date: May 1, 2009          JAMES BONINI, CLERK

         */S/ Andy F. Quisumbing*
         (By) Andy F. Quisumbing
         Courtroom Deputy Clerk